NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V         Crim. No. 1:92CR01012-005

Elijah Williams, Jr.

On July 27, 2007, the above named was placed on Supervised Release for a period of five years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Elijah Williams, Jr. Be discharged from Supervised Release.

Respectfully submitted,

Dennis J. Thomson  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 28th day of May, 2010

Maurice M. Paul  
Senior United States District Judge